DIANA MELVILLE JOHNSON FIRESTONE AND JOHN
SEWARD JOHNSON, JR. v. ALBERT W. MERCK, RAYMOND
BATEMAN AND WILLIAM DYKEMAN.

November 2, 1987.

Petitions for certification denied.

DIANA MELVILLE JOHNSON FIRESTONE AND JOHN
SEWARD JOHNSON, JR. v. ALBERT W. MERCK, RAYMOND
BATEMAN AND WILLIAM DYKEMAN.

November 2, 1987.

Cross-petitions for certification denied.

MARIE ABBOUD v. DOMINICK VISCOMI.

November 9, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. MIQUEL ANGEL CONCEPCION.

November 9, 1987.

Petition for certification granted.